In the Matter of the Will of FRANCES A. JACOBS, Deceased, and of the Accounting of NATIONAL CITY BANK OF NEW YORK, as Trustee.

RUTH JACOBS, Appellant; CLARA A. TRAVER, Respondent.

(Submitted March 2, 1936; decided March 10, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 588.)

ROBERT MASTRUZZI, an Infant, by CONCETTA MASTRUZZI, His Guardian ad Litem, et al., Respondents, *v.* SALVATORE ALOI, Appellant.

(Submitted March 2, 1936; decided March 10, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 637.)